**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Mainsail Construction, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2102412** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **17725 SE 257th St.** **Covington, WA 98042** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Mainsail Construction, LLC**               Case number (*if known*)
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    1521

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |

---

Debtor     **Mainsail Construction, LLC**                          Case number (*if known*) _____
                  Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

▮ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Mainsail Construction, LLC**
Name                                                              Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Mainsail Construction, LLC**
Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  6, 2023**
MM / DD / YYYY

**X** **/s/ Tim Lyon**                                    **Tim Lyon**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Brett L. Wittner**                    Date **January  6, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Brett L. Wittner**
Printed name

**Morton McGoldrick, PLLC**
Firm name

**820 A Street, Ste 600**
**Tacoma, WA 98402**
Number, Street, City, State & ZIP Code

Contact phone   **253-627-8131**          Email address _____

**27657 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Mainsail Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 6, 2023**     X **/s/ Tim Lyon**
                                            Signature of individual signing on behalf of debtor

                                            **Tim Lyon**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Mainsail Construction, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $     229,972.15

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $     229,972.15

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     597,141.17

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     2,003,106.18

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b     | $     2,600,247.35 |

**Fill in this information to identify the case:**

Debtor name __Mainsail Construction, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Key Bank** | **Checking** | **8743** | $0.00 |
| 3.2. | **Key Bank (for MS Bow, LLC)** | **Checking** | **5299** | $300.49 |
| 3.3. | **Key Bank (for MS Stern, LLC)** | **Checking** | **5307** | $0.00 |
| 3.4. | **Bank of America** | **Checking** | **5245** | $64,718.66 |
| 3.5. | **Key Bank (for MS Bow, LLC)** | **Savings** | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $65,019.15 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

Debtor **Mainsail Construction, LLC**      Case number *(if known)* _____
    Name

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:     **0.00**   -   **0.00** = ....     **Unknown**
              face amount                  doubtful or uncollectible accounts

12.     **Total of Part 3.**                                          **$0.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Misc. office equipment | $0.00 | | Unknown |

Debtor **Mainsail Construction, LLC**        Case number *(If known)* _____
_____
Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---:|
| | **$0.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No

    ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2010 GMC 2500 with approximately 120,000 miles** | $0.00 | | $19,486.00 |
| 47.2.  **2016 Ford F-350 with approximately 80,000 miles** | $0.00 | | $31,789.00 |
| 47.3.  **2017 Ford F-150 with approximately 50,000 miles** | $0.00 | | $29,183.00 |
| 47.4.  **2018 Dodge Ram 1500 with approximately 75,209 miles.** | $0.00 | | $21,101.00 |
| 47.5.  **2019 Dodge Ram 1500 with approximately 80,000 miles** | $0.00 | | $22,094.00 |
| 47.6.  **2008 Dodge Ram 2500** | $0.00 | | $14,000.00 |
| 47.7.  **2011 Ford F-350 with approximately 95,200 miles** | $0.00 | | $17,500.00 |
| 47.8.  **2012 Ford F-250 with  approximately 186,000 miles** | $0.00 | | $9,800.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

Debtor    **Mainsail Construction, LLC**          Case number *(If known)* _____
          Name

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**

        Add lines 47 through 50.  Copy the total to line 87.        **$164,953.00**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>    Description (include name of obligor) |  |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>    Description (for example, federal, state, local) |  |
| 73.  **Interests in insurance policies or annuities** |  |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>    **Cause of action against Transblue Franchise Management Company, LLC Transblue Franchise Company, LLC, and Transblue, LLC.** | **Unknown** |

| Nature of claim | Fraudulent Transfers and Violation of Franchise Investment Protection Act |
|---|---|
| Amount requested | $0.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Debtor    **Mainsail Construction, LLC**             Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **100 percent ownership of MS Stern, LLC d/b/a Transblue Bellevue.** | |
| | **100 percent ownership of MS Bow, LLC, d/b/a Transblue Ballard.** | **$0.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor **Mainsail Construction, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,019.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $164,953.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $229,972.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $229,972.15 |

**Fill in this information to identify the case:**

Debtor name    **Mainsail Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Key Bank**<br>Creditor's Name<br><br>**PO Box 94932**<br>**Cleveland, OH 44101-4932**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2016 Ford F-350 with approximately 80,000 miles** | **$40,288.17** | **$31,789.00** |

Describe the lien _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **Key Bank**<br>Creditor's Name<br><br>**PO Box 94932**<br>**Cleveland, OH 44101-4932**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2017 Ford F-150 with approximately 50,000 miles** | **$32,663.00** | **$29,183.00** |

Describe the lien _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Mainsail Construction, LLC**

Name

Case number (if known) _____

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Key Bank** | Describe debtor's property that is subject to a lien | $37,543.00 | $21,101.00 |

Creditor's Name

**2018 Dodge Ram 1500 with approximately 75,209 miles.**

**PO Box 94932**
**Cleveland, OH 44101-4932**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Key Bank** | Describe debtor's property that is subject to a lien | $37,543.00 | $22,094.00 |

Creditor's Name

**2019 Dodge Ram 1500 with approximately 80,000 miles**

**PO Box 94932**
**Cleveland, OH 44101-4932**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | $432,500.00 | Unknown |

Creditor's Name

**All business assets**

**Office of Disaster**
**Assistance**
**14925 Kingsport Rd.**
**Fort Worth, TX 76155**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

---

Debtor  **Mainsail Construction, LLC**
Name

Case number (if known)

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Verity Credit Union** | Describe debtor's property that is subject to a lien | $16,604.00 | $19,486.00 |

Creditor's Name

**PO Box 75974**
**Seattle, WA 98125-0974**

Creditor's mailing address

**2010 GMC 2500 with approximately 120,000 miles**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $597,141.17

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name **Mainsail Construction, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**IRS**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**State of Washington**<br>**Dept. of Labor and Industries**<br>**PO Box 44510**<br>**Olympia, WA 98504-4510** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice only** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Mainsail Construction, LLC** | Case number (if known) |
|--------|-------------------------------|------------------------|
|        | Name                          |                        |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**State of Washington
Department of Revenue
PO Box 44171
Olympia, WA 98504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------------------------------------------|-----------------------------------------------|-------|-------|

**State of Washington
Employment Security Department
PO Box 9046
Olympia, WA 98507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|-----|-------------------------------------------------|----------------------------------------------------------------------|-----------|

**1HP Concrete & Construction
9201 N. Kimball Ave.
Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Subcontractor on Ambrose project**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|-----|-------------------------------------------------|----------------------------------------------------------------------|---------|

**A&M Landscape LLC
PO Box 4842
Federal Way, WA 98063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,709.90 |
|-----|-------------------------------------------------|----------------------------------------------------------------------|------------|

**Abhishek Agrawal
13106 137th Ln NE
Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**ACH Construction LLC**
**2232 12th St. Apt. #401**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Active Landscaping LLC**
**11124 SE 168th St.**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor on Chardos project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Aguilar's Landscaping**
**9637 51st Ave. S.**
**Seattle, WA 98118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor for Eicholz and Gosh projects**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,655.26** |
|---|---|---|---|

**Alexander Alves**
**4535 117th Drive NE**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer paid $31,655.  Debtor paid C&H Construction $15,000 as subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,029.16** |
|---|---|---|---|

**Alexander Blackstock**
**5320 E. Mercer Way**
**Mercer Island, WA 98040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**Alice Wescott**
**23104 80th Pl. W.**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,350.00** |
|---|---|---|---|

**All Cities Asphalt Paving**
**5303 95th AVe NE**
**Lake Stevens, WA 98258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor for Buchner and Gleason projects**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Mainsail Construction, LLC**                 Case number (if known) _____
         Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,345.09 |

**Allan Skoog**
**404 Bell St.**
**Edmonds, WA 98020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Allison Sol**
**17309 NE 15th St.**
**Bellevue, WA 98008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer paid $4,500.  Debtor paid Montiel Concrete $4,200 as subcontractor.  Subcontractor never started the job.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |

**American Contractors Indemnity**
**801 S. Figueroa St. #700**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Bonding company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amrita Ghosh**
**4501 146th Ave SE**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer.  Notice only.  Cutomer owes debtor $10,403.03.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,345.59 |

**Anton Ovcharenko**
**1411 29th Ave.**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |

**Ariel Jiaxu Fu**
**14019 NE 6th Pl**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,130.00 |

**Brian Zitzman**
**14208 206th Place NE**
**Woodinville, WA 98077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address

**Burke Consulting Engineers**
**6509 128th Pl. SW**
**Edmonds, WA 98026**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$8,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Cradim and Johnson projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**C&H Construction Services LLC**
**1730 112th St. SW**
**Everett, WA 98204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$15,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Frankel and Holmdahl projects**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**CAI Washington Chapter**
**20126 Ballinger Way NE #110**
**Seattle, WA 98155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$4,260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**Call Blue, LLC**
**19916 Old Owen Rd. #252**
**Monroe, WA 98272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Franchise fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address

**Carl Butcher**
**14001 3rd AVe. NW**
**Seattle, WA 98177**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address

**Cesar Ivan Cabral Montiel**
**6627 Grove St, Unit E**
**Marysville, WA 98270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$6,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Residence Inn Bellevue**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

**Charles Nathaniel Prather**
**43200 SE North BEnd Way**
**North Bend, WA 98045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor on Chang project**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Chester and Melissa Nelson**
**1554 3rd St.**
**Kirkland, WA 98033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Choosing A Service**
**3015 77th St. NE**
**Marysville, WA 98271**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,212.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Chris Blue**
**15726 296th St. E**
**Graham, WA 98338**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Christine Fletcher**
**14504 75th Ave. NE**
**Kenmore, WA 98028**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer paid $40,687.00.  Debtor paid $6,438 on permits.**

Is the claim subject to offset? ■ No ☐ Yes

**$40,687.00**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Christine Fong**
**7424 140th Pl NE**
**Redmond, WA 98052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

**$4,607.51**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Coal Creek Landscaping, LLC**
**2715 156th Ave. NE #814**
**Redmond, WA 98052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Marcos project**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Coatings Northwest LLC**
**588 Cook Ferry Rd.**
**Castle Rock, WA 98611-9545**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
| --- | --- | --- | --- |

**Cobalt Geosciences LLC**
**PO Box 1792**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Comcast**
**PO Box 34744**
**Seattle, WA 98124-1744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Conwell Associates, Inc.**
**1242 State Ave. #1263**
**Marysville, WA 98270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,071.75** |
| --- | --- | --- | --- |

**Cristian Craioveanu**
**Yunsun Wee**
**2440 E. Lake Sammamish Pkwy NE**
**Sammamish, WA 98074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,779.73** |
| --- | --- | --- | --- |

**Daniel Lofstrom**
**6664 E. Green Lake Way North**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer.  Paid $17,779.  Debtor paid $856 in__
__permits.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,552.47** |
| --- | --- | --- | --- |

**Dean Schnurr**
**609 220th St. SW**
**Bothell, WA 98021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**Dohmen Capital Holdings, Inc.**
**1100 Glendon Ave. #1130**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**DW Enterprises**
**26801 199th Place SE**
**Kent, WA 98042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,193.00** |
|---|---|---|---|

**Eleanor Christensen**
**17320 73rd Ave. W.**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Elizabeth Buchner**
**2540 NW 193rd Place**
**Seattle, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer. Notice only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,110.70** |
|---|---|---|---|

**Ellen Anderson**
**14001 3rd Ave. NW**
**Seattle, WA 98177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emerald City Fence Rental**
**1300 SW 7th Ste. 101**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emerald City Pool**
**Attn: Pancho Flores**
**4 140th St. SE**
**Everett, WA 98208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,235.10** |
|---|---|---|---|

**Eray Aydin**
**7523 19th Ave. NW**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer. Paid $13,235.10. Debtor paid $1,880 in permits.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,774.13** |
| | **Erin Weisenhorn** | ☐ Contingent | |
| | **Andy Schrage** | ☐ Unliquidated | |
| | **15218 81st AVe. NE** | ☐ Disputed | |
| | **Kenmore, WA 98028** | | |
| | | Basis for the claim: **Customer.** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,308.61** |
| | **Evan Miller** | ☐ Contingent | |
| | **8737 1st Ave. NW** | ☐ Unliquidated | |
| | **Seattle, WA 98117** | ☐ Disputed | |
| | | Basis for the claim: **Customer.** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
| | **Fast Roofing** | ☐ Contingent | |
| | **14241 NE Woodinville Duvall Rd** | ☐ Unliquidated | |
| | **Suite 205** | ☐ Disputed | |
| | **Woodinville, WA 98072** | | |
| | | Basis for the claim: **Subcontractor for Inglewood HOA** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,900.00** |
| | **Filimone Vaiangina** | ☐ Contingent | |
| | **9079 Fruitdale Road** | ☐ Unliquidated | |
| | **Sedro Woolley, WA 98284** | ☐ Disputed | |
| | | Basis for the claim: **Subcontractor for Holmes project** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,600.00** |
| | **First Choice Recovery and** | ☐ Contingent | |
| | **Transport Services, Inc.** | ☐ Unliquidated | |
| | **18712 Bothell Everett Hwy** | ☐ Disputed | |
| | **Bothell, WA 98012** | | |
| | | Basis for the claim: **Subcontractor** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
| | **FleetCor Tech Operation Co.** | ☐ Contingent | |
| | **PO Box 1239** | ☐ Unliquidated | |
| | **Covington, LA 70434** | ☐ Disputed | |
| | | Basis for the claim: **Fuel card** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,609.51** |
| | **Francisco Rodriguez Elorza** | ☐ Contingent | |
| | **15224 11th Dr. SE** | ☐ Unliquidated | |
| | **Bothell, WA 98012** | ☐ Disputed | |
| | | Basis for the claim: **Customer.** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Mainsail Construction, LLC**                    Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Freddy Rios**<br>**22824 NE Union Hill Rd.**<br>**Redmond, WA 98053**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Subcontractor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Friendly Village**<br>**18425 NE 95th St.**<br>**Redmond, WA 98052**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Global Solarium, Inc.**<br>**7402 NE Saint John's Rd.**<br>**Suite B**<br>**Vancouver, WA 98665**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Subcontractor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Green Cut's, LLC**<br>**31452 13th Ave. SW**<br>**Federal Way, WA 98023**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Subcontractor on Buchner project**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Honey Bucket**<br>**10412 John Bananola Way E**<br>**Puyallup, WA 98374**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Houzz.com**<br>**285 Hamilton Ave., 4th Floor**<br>**Palo Alto, CA 94301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Ivan and Isabela Cardim**<br>**15431 87th Pl. NE**<br>**Kenmore, WA 98028**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Customer.  Paid $44,000.  Debtor paid $18,200 to subcontractor V&M.**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$44,000.00** |

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,718.73** |
|---|---|---|---|

**Jackey Du**
**10327 112th Court NE**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.  Paid $14,718.  Debtor paid $2,500 in permits.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,968.20** |
|---|---|---|---|

**James Kim**
**6546 25th Ave. NW**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00** |
|---|---|---|---|

**JCM Home Improvement LLC**
**18723 60th Ave. W.**
**Lynnwood, WA 98037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor on Miller project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeremy McWilliams**
**26723 N. 90th Lane**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,070.00** |
|---|---|---|---|

**Jim Grummel**
**22307 93rd Pl. W.**
**Edmonds, WA 98020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Jinny Park Architecture**
**6052 113th Place SE**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,500.00** |
|---|---|---|---|

**JM Concrete Work, LLC**
**420 N. Mcleod Ave. Apt. 1**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor on Miller project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mainsail Construction, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address

John Lippman
497 McGilvra Blvd. E.
Seattle, WA 98112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

**$4,900.00**

---

**3.68** | Nonpriority creditor's name and mailing address

Joseph Coppola
11355 3rd AVe. NE
Seattle, WA 98125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.69** | Nonpriority creditor's name and mailing address

Julian Selman
17320 NE 25th Way
Redmond, WA 98052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

**$42,647.02**

---

**3.70** | Nonpriority creditor's name and mailing address

Julianna Ross
8705 25th Pl NE
Seattle, WA 98115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer. Notice only. Debtor never received payment.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.71** | Nonpriority creditor's name and mailing address

Ka Wai Cheng
6541 163rd Place SE
Bellevue, WA 98006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Bahl project**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.72** | Nonpriority creditor's name and mailing address

Karina Juarez Romero
718 N. 79th Street
Seattle, WA 98102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer. Notice only. Custoemr owes $4,401.72.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.73** | Nonpriority creditor's name and mailing address

Kavitha Dhanapal
11892 161st AVe. NE
Redmond, WA 98052

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer. Notice only. Customer owes $4,900.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address

**Kellie Power**
**4712 NE 60th St.**
**Seattle, WA 98115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer.  Paid $30,136.  Debtor paid Rios paving $10,000.

Is the claim subject to offset? ■ No  ☐ Yes

**$30,136.00**

---

**3.75** | Nonpriority creditor's name and mailing address

**Kelly Carpenter**
**2612 163rd Place SE**
**Mill Creek, WA 98012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer.

Is the claim subject to offset? ■ No  ☐ Yes

**$10,255.55**

---

**3.76** | Nonpriority creditor's name and mailing address

**Kerry Wake**
**12537 15th AVe. NE**
**Seattle, WA 98125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer.

Is the claim subject to offset? ■ No  ☐ Yes

**$7,737.00**

---

**3.77** | Nonpriority creditor's name and mailing address

**Ketan Hathi**
**9957 228th Terrace Northeast**
**Redmond, WA 98053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer.

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.78** | Nonpriority creditor's name and mailing address

**Key Bank**
**15110 NE 24th St.**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of credit/credit card

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.79** | Nonpriority creditor's name and mailing address

**Key Bank**
**15110 NE 24th St.**
**Redmond, WA 98052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card

Is the claim subject to offset? ■ No  ☐ Yes

**$9,546.19**

---

**3.80** | Nonpriority creditor's name and mailing address

**King County District Court**
**516 3rd Avenue**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$180.44**

---

Debtor **Mainsail Construction, LLC**

Case number (if known) _____

Name

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,000.00** |

**Kirkland Springs**
**Attn: Meranda McConwell**
**10014 NE 127th Place**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |

**Lara Concret LLC**
**1411 145th Pl SE Apt. #308**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor for Lamego project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,173.20** |

**Larry and Shannon Huppin**
**7109 Dayton Ave. N**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,249.06** |

**Link-89**
**Sequoia Overlake Owner LLC**
**PO Box 200700**
**Dallas, TX 75320-0700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Back rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,874.00** |

**Linkedin Corporation**
**1000 WEst Maude Ave.**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |

**LL Building Structures LLC**
**4525 164th St.**
**Lynnwood, WA 98087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Subcontractor for Sisley project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,127.08** |

**Mallory Selzo**
**11212 122nd Lane NE**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.88**

Nonpriority creditor's name and mailing address
**Malsam Tsang Engineering Corp.**
**122 S. Jackson St., Suite 210**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$2,212.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89**

Nonpriority creditor's name and mailing address
**Martin Remodeling LLC**
**715 2nd AVe. S.**
**Kent, WA 98032**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Chanapol project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90**

Nonpriority creditor's name and mailing address
**Matt Thompson**
**8851 SE 37th St.**
**Mercer Island, WA 98040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$15,505.94**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91**

Nonpriority creditor's name and mailing address
**Max Holmes**
**27127 NE 23rd St.**
**Redmond, WA 98053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$52,747.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer paid $52,747.  Debtor paid Island Custom Concrete $12,900, but does not know if work was performed.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92**

Nonpriority creditor's name and mailing address
**Mc Venture**
**c/o Jeremy McWilliams**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$30,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93**

Nonpriority creditor's name and mailing address
**Mercury CM**
**General Contractor LLC**
**1214 SW 124th ST. Apt. B209**
**Seattle, WA 98146**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94**

Nonpriority creditor's name and mailing address
**MK Butler**
**13153 Holmes Point Dr. NE**
**Kirkland, WA 98034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$13,249.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Mainsail Construction, LLC**
Name
Case number (if known) _____

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,285.32** |

**Mt. Baker Handyman Service**
4926 Everson Goshen Rd.
Bellingham, WA 98226

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor for Larios project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | **$100.00** |

**N-M-M Construction**
PO Box 858
Gold Bar, WA 98251

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | **$16,000.00** |

**Nathan Tucker**
15030 75th Ave. NE
Kenmore, WA 98028

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | **$5,000.00** |

**Nathanial Ash Inc.**
4407 152nd St. SW
Lynnwood, WA 98087

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | **$9,150.00** |

**Nyes Enterprises**
2133 Gibson Road
Everett, WA 98204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor on Jeglum project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | **$283.00** |

**Pacific Office Automation**
PO Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Copier contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | **$100.00** |

**Picasso Paving LLC**
11420 NE 128th St. #51
Kirkland, WA 98034

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Mainsail Construction, LLC**                          Case number (if known) _____

3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**
--- | --- | --- | ---

**Ping Yan**
**11817 NE 45th ST.**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220.00**

**PNW Design and Fab**
**1532 S. 32nd Ave.**
**Yakima, WA 98902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcontractor on Lin project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,288.86**

**Raven Properties**
**11830 NE 195th St.**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rebecca Frankel**
**1999 213th Ct. SE**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer.  Notice only.  Customer owes $6,483.55.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,756.50**

**Reign City Electric LLC**
**4747 Sandpoint Way NE #303**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcontractor for Hathi project**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Renee Pregler**
**18402 148th Ave. NE**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer.  Notice only.  Customer owes $12,700.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Roads Paving Washington, LLC**
**PO Box 7558**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,904.72** |
|---|---|---|---|

**Roberta Conti**
**1108 216th Ave. NE**
**Sammamish, WA 98074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Roger Miller**
**116 159th AVe. SE**
**Bellevue, WA 98008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,093.75** |
|---|---|---|---|

**RS Brothers Landscaping LLC**
**18004 73rd Avenue E**
**Puyallup, WA 98375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Subcontractor for Reddy project__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,149.24** |
|---|---|---|---|

**Sam Nguyen and Eric Lynum**
**8919 NE 119th Pl**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,878.50** |
|---|---|---|---|

**Sarah Canestaro**
**13568 41st Ave NE**
**Seattle, WA 98125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer paid $40,000. Debtor spent $11,121.50 in engineering costs.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,776.74** |
|---|---|---|---|

**Satya and Krishma Reddy**
**3118 264th Ave NE**
**Redmond, WA 98053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer. Paid $101,776.74. Debtor paid $33,656.25 to subcontractor RS Brothers. Debtor is not certain what work was performed by RS Brothers.__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Atkinson**
**12002 89th Place NE**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer. Notice only.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116** | Nonpriority creditor's name and mailing address
**Sean Roh**
13919 18th Place W
Lynnwood, WA 98036

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address
**Seattle Economic Dev. Fund**
1437 South Jackson St.
Seattle, WA 98144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$150,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address
**Serkan Sahin**
3249 NE 89th St.
Seattle, WA 98115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only for warranty work.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address
**Shahed Akbar**
2060 215th Pl. SE
Sammamish, WA 98075

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$20,412.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address
**Site One Landscape Supply**
13930 NE 190th St.
Woodinville, WA 98072

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**Stan Shull**
12932 85th Ave. NE
Kirkland, WA 98034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only for warranty work.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
**State of Washington**
**Office of Attorney General**
**Consumer Protection Dept.**
800 5th Ave.
Seattle, WA 98104

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Mainsail Construction, LLC**      Case number *(if known)* _____
     Name

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**3.123** Nonpriority creditor's name and mailing address
**Sunbelt Rental Woodinville**
**9265 Woodinville Snohomish Rd.**
**Renton, WA 98057**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address
**Sunrise Landscaping**
**5707 East Drive Apt. 1**
**Everett, WA 98203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Miller project**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address
**T-Mobile**
**12920 SE 38th St.**
**Bellevue, WA 98006-1350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address
**Tanya Williams/Trevor Johnson**
**11700 SE 78th Pl**
**Renton, WA 98056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$15,020.78**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** Nonpriority creditor's name and mailing address
**Tao Xu**
**13620 SE 1st St.**
**Bellevue, WA 98005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$17,659.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address
**Technology Associates**
**3129 Tiger Run Ct. Ste. 206**
**Carlsbad, CA 92010**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address
**Terria Jeglum**
**18425 NE 95th St.**
**Redmond, WA 98052**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Client.  Notice only.  Client owes $18,037.**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129,795.60** |
|---|---|---|---|

**The Meadows**
**6526 156th Ave. NE**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$886.69** |
|---|---|---|---|

**The Sherwin Williams Co.**
**2303 Harrison Ave. NW**
**Olympia, WA 98502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,537.60** |
|---|---|---|---|

**Thomas Chen**
**6525 26th Ave. NE**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Thumbtack**
**1355 Market St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,064.75** |
|---|---|---|---|

**Tianyi Chen**
**8007 NE 116th Pl**
**Kirkland, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Todd Holman**
**1705 CAnyon Ave. SE**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - alleged defective work.  Customer owes $9,451.71.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,861.00** |
|---|---|---|---|

**Tomlinson Bomsztyk Russ**
**1000 Second Ave. Suite 3660**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney's fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Treehouse Construction**
**300 S. Bedford Street**
**Madison, WI 53703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**Trendset One Pavers LLC**
**8260 149th Way NE Apt. 151**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor for Atkinson project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,205.00**

**Tyler and Katy Asher**
**604 12th Ave.**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.  Paid $103,000.  Paid subcontractors $50,000.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Urvin Thakkar**
**11805 NE 45th ST.**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.  Notice only for warranty work.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00**

**Veronica Popescu**
**PropVIVO**
**2018 156th AVe. NE**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,200.00**

**Victor Miguel**
**15854 42nd Ave. S.**
**Seattle, WA 98188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor for Yan and Lee projects**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,750.00**

**Vishal Singh**
**3810 172nd St. SW**
**Lynnwood, WA 98037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor for Kirkland Springs project**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mainsail Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address
**Wedgwood One Property, LLC**
PO Box 252
North Lakewood, WA 98259

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Snowplow customer**

Is the claim subject to offset? ■ No ☐ Yes

**$6,728.03**

---

**3.145** | Nonpriority creditor's name and mailing address
**Will and Sarah Canastaro**
13568 41st Ave NE
Seattle, WA 98125

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$40,037.08**

---

**3.146** | Nonpriority creditor's name and mailing address
**Worldview Group LLC**
14309 Sunnyside Ave. N.
Seattle, WA 98133

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor for Meadows/Asher project**

Is the claim subject to offset? ■ No ☐ Yes

**$7,295.00**

---

**3.147** | Nonpriority creditor's name and mailing address
**Yingying Chen**
4534 117th Dr. NE
Kirkland, WA 98033

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

**$37,890.00**

---

**3.148** | Nonpriority creditor's name and mailing address
**Yong Lee**
9210 190th St. SW
Edmonds, WA 98020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.  Notice only.**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.149** | Nonpriority creditor's name and mailing address
**Yuchen Chen**
14826 78th AVe. NE
Kenmore, WA 98028

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer.**

Is the claim subject to offset? ■ No ☐ Yes

**$8,521.90**

---

**3.150** | Nonpriority creditor's name and mailing address
**Ztango Landscape Services LLC**
12009 NE 140th St.
Kirkland, WA 98034

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor **Mainsail Construction, LLC**                                Case number (if known) _____
　　　　　Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adam Asher**<br>**Socius Law Group, PLLC**<br>**600 Universty St. #2510**<br>**Seattle, WA 98101** | Line **3.139**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Dean Martin**<br>**Barker Martin P.S.**<br>**701 Pike Street Suite 1150**<br>**Seattle, WA 98101** | Line **3.130**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Douglas Schwed**<br>**Access Law Northwest PLLC**<br>**12722 NE 28th St.**<br>**Bellevue, WA 98005** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jeffrey Hellinger**<br>**Hennessey Hellinger**<br>**2200 112th Ave. NE, #200**<br>**Bellevue, WA 98004** | Line **3.34**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Office of Ross Gardner**<br>**12918 Mukilteo Speedway**<br>**Suite C23, PMB #584**<br>**Lynnwood, WA 98087** | Line **3.135**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Law Offices of**<br>**Douglas P. Levinson Inc. P.S.**<br>**600 Stewart Street, #1115**<br>**Seattle, WA 98101** | Line **3.109**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Marlyn Hawkins**<br>**Barker Martin**<br>**One Convention Place**<br>**701 Pike St., #1150**<br>**Seattle, WA 98101** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Michael Feinberg**<br>**Karr Tuttle Campbell**<br>**701 5th AVe. Ste. 3300**<br>**Seattle, WA 98104-7055** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Professional Credit Service**<br>**PO Box 7548**<br>**Springfield, OR 97475** | Line **3.80**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Propvivo - Meadowview**<br>**9041 161st Pl. NE**<br>**Redmond, WA 98052** | Line **3.141**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Sam Nguyen**<br>**12403 NE 150th ST**<br>**Woodinville, WA 98072** | Line **3.112**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **The Management Trust**<br>**Cathy Richards / Colby Hillson**<br>**19820 North Creek Pkwy #101**<br>**Bothell, WA 98011** | Line **3.130**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Mainsail Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **The Sealcoat King**<br>**3810 172nd St. SW**<br>**Lynnwood, WA 98037** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Transblue Corporate**<br>**19916 Old Owen Rd. #252**<br>**Monroe, WA 98272** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Transblue Franchise Company**<br>**19916 Old Owen Rd. #252**<br>**Monroe, WA 98272** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **W Business Solutions LLC**<br>**19916 Old Owen Rd. #252**<br>**Monroe, WA 98272** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $    **2,003,106.18** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    **2,003,106.18** |

**Fill in this information to identify the case:**

Debtor name    **Mainsail Construction, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract _____ | **Commercial lease.**<br><br><br>**Link-89**<br>**Sequoia Overlake Owner LLC**<br>**PO Box 200700**<br>**Dallas, TX 75320-0700** |

**Fill in this information to identify the case:**

Debtor name   **Mainsail Construction, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Tim and Monica Lyon** | **17725 SE 257th St. Covington, WA 98042** | **Seattle Economic Dev. Fund** | ☐ D ___<br>■ E/F __3.117__<br>☐ G ___ |
| 2.2 **Tim and Monica Lyon** | **17725 SE 257th St. Covington, WA 98042** | **U.S. Small Business Admin** | ■ D __2.5__<br>☐ E/F ___<br>☐ G ___ |

**Fill in this information to identify the case:**

Debtor name **Mainsail Construction, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,463,271.55** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$5,508,043.00** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$2,363,365.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Mainsail Construction, LLC**                            Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Transblue** <br> **19916 Old Owen Rd. #252** <br> **Monroe, WA 98272** | **Returned 2020 Ford F-250XL Diesel** | **2022** | **Unknown** |

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Tyler and Katy Asher v. Mainsail Construction LLC, S Stern, LLC, American Contractors Indemnity Company, Bond No. 100670206** | **Complaint for Breach of Contract and Claim Against Contractor's Bond** | **King County Superior Court** <br> **516 Third Avenue** <br> **Seattle, WA 98104** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor  **Mainsail Construction, LLC** _____  Case number _(if known)_ _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<div style="background:#000;color:#fff">**Part 5:**</div>  **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

<div style="background:#000;color:#fff">**Part 6:**</div>  **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Morton McGoldrick, PLLC<br>820 A Street, Suite 600<br>Tacoma, WA 98402 | **Attorney fees to evaluate options of bankruptcy versus assignment for benefit of creditors and communication with creditors:  $2,000.**<br>**Attorney fees for Chapter 7 bankruptcy: $5,000.**<br>**Filing fee for Chapter 7 bankruptcy:  $338.** | **11/15/2022: $2,000**<br>**12/14/2022: $5,338** | **$7,338.00** |
| | Email or website address<br>**blwittner@bvmm.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor **Mainsail Construction, LLC**                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unkown** | **Sold 2007 Ford F-150 ($1,000) and 2007 Toyota Tundra ($4,500) on Craiglist.** | **Spring 2022** | **$5,500.00** |
| | **Relationship to debtor** **None** | | | |
| 13.2. | **Unkown** | **Sold office furniture** | **2022** | **$4,500.00** |
| | **Relationship to debtor** **None** | | | |
| 13.3. | **John Miller** | **Sold snowplow, 2017 Ford F350, and 2012 Ford 250XL Diesel. Received $7,000 for snowplow, 2 plows, and 2 salt spreaders; $40,804.15 for the 2017 Ford F350 (paid to Key Bank), and $10,000 for the Ford 250XL Diesel.** | **2022** | **$50,804.15** |
| | **Relationship to debtor** **None** | | | |
| 13.4. | **Cully Powers** | **Sold 1998 Ford F350 for $500. Truck was given to debtor to use as a billboard.** | **2022** | **$500.00** |
| | **Relationship to debtor** **Former employee** | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

Debtor  **Mainsail Construction, LLC** _____  Case number *(if known)* _____

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Tim and Monica Lyon 17725 SE 257th St. Kent, WA 98042** | **2020 - Present** |
| 26a.2. | **Eric Kauppila Seattle CPA Professionals, LLC 559 NE 80th St. Seattle, WA 98115** | **2020 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor  **Mainsail Construction, LLC** _____  Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Tim and Monica Lyon**<br>**17725 SE 257th St.**<br>**Kent, WA 98042** | |
| 26c.2.  **Eric Kauppila**<br>**Seattle CPA Professionals, LLC**<br>**559 NE 80th St.**<br>**Seattle, WA 98115** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeremy McWilliams** | **26723 N. 90th Lane**<br>**Peoria, AZ 85383** | **Member** | **10 %** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tim Lyon** | **17725 SE 257th St.**<br>**Covington, WA 98042** | **Member** | **64 %** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Monica Lyon** | **17725 SE 257th St.**<br>**Covington, WA 98042** | **Member** | **36 %** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Armand Petrossian** | **21428 6th Ave. SW**<br>**Bothell, WA 98021** | **37 %** | **06/2021 - 12/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Mainsail Construction, LLC**        Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Tim Lyon**<br>**17725 SE 257th St.**<br>**Covington, WA 98042** | **$151,250.02 paid by Mainsail Construction, LLC.** | **01/01/2022 - 12/31/2022** | **Salary and bonus.** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2 | **Monica Lyon**<br>**17725 SE 257th St.**<br>**Covington, WA 98042** | **$100,000.08 paid by Mainsail Construction, LLC.**<br>**$14,423.06 paid by Ms Stern, LLC.** | **01/01/2022 - 12/31/2022** | **Salary.** |
| | **Relationship to debtor**<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **January  6, 2023**

**/s/ Tim Lyon**                                                 **Tim Lyon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Washington

In re    **Mainsail Construction, LLC**          Case No. _____

                   Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

        For legal services, I have agreed to accept ...........................    $      **5,000.00**

        Prior to the filing of this statement I have received ............    $      **5,000.00**

        Balance Due .......................................................................    $      **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 6, 2023**                  **/s/ Brett L. Wittner**

*Date*                                      **Brett L. Wittner**

                                            *Signature of Attorney*
                                            **Morton McGoldrick, PLLC**
                                            **820 A Street, Ste 600**
                                            **Tacoma, WA 98402**
                                            **253-627-8131   Fax: 253-272-4338**

                                            *Name of law firm*

# United States Bankruptcy Court
## Western District of Washington

In re  **Mainsail Construction, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January  6, 2023**

**/s/ Tim Lyon**

**Tim Lyon/Manager**
Signer/Title

1HP CONCRETE & CONSTRUCTION
9201 N. KIMBALL AVE.
PORTLAND, OR 97203


A&M LANDSCAPE LLC
PO BOX 4842
FEDERAL WAY, WA 98063


ABHISHEK AGRAWAL
13106 137TH LN NE
KIRKLAND, WA 98034


ACH CONSTRUCTION LLC
2232 12TH ST. APT. #401
EVERETT, WA 98201


ACTIVE LANDSCAPING LLC
11124 SE 168TH ST.
NORTH BEND, WA 98045


ADAM ASHER
SOCIUS LAW GROUP, PLLC
600 UNIVERSTY ST. #2510
SEATTLE, WA 98101


AGUILAR'S LANDSCAPING
9637 51ST AVE. S.
SEATTLE, WA 98118


ALEXANDER ALVES
4535 117TH DRIVE NE
KIRKLAND, WA 98033


ALEXANDER BLACKSTOCK
5320 E. MERCER WAY
MERCER ISLAND, WA 98040


ALICE WESCOTT
23104 80TH PL. W.
EDMONDS, WA 98026


ALL CITIES ASPHALT PAVING
5303 95TH AVE NE
LAKE STEVENS, WA 98258

```
ALLAN SKOOG
404 BELL ST.
EDMONDS, WA 98020


ALLISON SOL
17309 NE 15TH ST.
BELLEVUE, WA 98008


AMERICAN CONTRACTORS INDEMNITY
801 S. FIGUEROA ST. #700
LOS ANGELES, CA 90017


AMRITA GHOSH
4501 146TH AVE SE
BELLEVUE, WA 98006


ANTON OVCHARENKO
1411 29TH AVE.
SEATTLE, WA 98122


ARIEL JIAXU FU
14019 NE 6TH PL
BELLEVUE, WA 98007


BRIAN ZITZMAN
14208 206TH PLACE NE
WOODINVILLE, WA 98077


BURKE CONSULTING ENGINEERS
6509 128TH PL. SW
EDMONDS, WA 98026


C&H CONSTRUCTION SERVICES LLC
1730 112TH ST. SW
EVERETT, WA 98204


CAI WASHINGTON CHAPTER
20126 BALLINGER WAY NE #110
SEATTLE, WA 98155


CALL BLUE, LLC
19916 OLD OWEN RD. #252
MONROE, WA 98272
```

CARL BUTCHER
14001 3RD AVE. NW
SEATTLE, WA 98177


CESAR IVAN CABRAL MONTIEL
6627 GROVE ST, UNIT E
MARYSVILLE, WA 98270


CHARLES NATHANIEL PRATHER
43200 SE NORTH BEND WAY
NORTH BEND, WA 98045


CHESTER AND MELISSA NELSON
1554 3RD ST.
KIRKLAND, WA 98033


CHOOSING A SERVICE
3015 77TH ST. NE
MARYSVILLE, WA 98271


CHRIS BLUE
15726 296TH ST. E
GRAHAM, WA 98338


CHRISTINE FLETCHER
14504 75TH AVE. NE
KENMORE, WA 98028


CHRISTINE FONG
7424 140TH PL NE
REDMOND, WA 98052


COAL CREEK LANDSCAPING, LLC
2715 156TH AVE. NE #814
REDMOND, WA 98052


COATINGS NORTHWEST LLC
588 COOK FERRY RD.
CASTLE ROCK, WA 98611-9545


COBALT GEOSCIENCES LLC
PO BOX 1792
NORTH BEND, WA 98045

COMCAST
PO BOX 34744
SEATTLE, WA 98124-1744


CONWELL ASSOCIATES, INC.
1242 STATE AVE. #1263
MARYSVILLE, WA 98270


CRISTIAN CRAIOVEANU
YUNSUN WEE
2440 E. LAKE SAMMAMISH PKWY NE
SAMMAMISH, WA 98074


DANIEL LOFSTROM
6664 E. GREEN LAKE WAY NORTH
SEATTLE, WA 98103


DEAN MARTIN
BARKER MARTIN P.S.
701 PIKE STREET SUITE 1150
SEATTLE, WA 98101


DEAN SCHNURR
609 220TH ST. SW
BOTHELL, WA 98021


DOHMEN CAPITAL HOLDINGS, INC.
1100 GLENDON AVE. #1130
LOS ANGELES, CA 90024


DOUGLAS SCHWED
ACCESS LAW NORTHWEST PLLC
12722 NE 28TH ST.
BELLEVUE, WA 98005


DW ENTERPRISES
26801 199TH PLACE SE
KENT, WA 98042


ELEANOR CHRISTENSEN
17320 73RD AVE. W.
EDMONDS, WA 98026

ELIZABETH BUCHNER
2540 NW 193RD PLACE
SEATTLE, WA 98177


ELLEN ANDERSON
14001 3RD AVE. NW
SEATTLE, WA 98177


EMERALD CITY FENCE RENTAL
1300 SW 7TH STE. 101
RENTON, WA 98057


EMERALD CITY POOL
ATTN: PANCHO FLORES
4 140TH ST. SE
EVERETT, WA 98208


ERAY AYDIN
7523 19TH AVE. NW
SEATTLE, WA 98117


ERIN WEISENHORN
ANDY SCHRAGE
15218 81ST AVE. NE
KENMORE, WA 98028


EVAN MILLER
8737 1ST AVE. NW
SEATTLE, WA 98117


FAST ROOFING
14241 NE WOODINVILLE DUVALL RD
SUITE 205
WOODINVILLE, WA 98072


FILIMONE VAIANGINA
9079 FRUITDALE ROAD
SEDRO WOOLLEY, WA 98284


FIRST CHOICE RECOVERY AND
TRANSPORT SERVICES, INC.
18712 BOTHELL EVERETT HWY
BOTHELL, WA 98012

```
FLEETCOR TECH OPERATION CO.
PO BOX 1239
COVINGTON, LA 70434


FRANCISCO RODRIGUEZ ELORZA
15224 11TH DR. SE
BOTHELL, WA 98012


FREDDY RIOS
22824 NE UNION HILL RD.
REDMOND, WA 98053


FRIENDLY VILLAGE
18425 NE 95TH ST.
REDMOND, WA 98052


GLOBAL SOLARIUM, INC.
7402 NE SAINT JOHN'S RD.
SUITE B
VANCOUVER, WA 98665


GREEN CUT'S, LLC
31452 13TH AVE. SW
FEDERAL WAY, WA 98023


HONEY BUCKET
10412 JOHN BANANOLA WAY E
PUYALLUP, WA 98374


HOUZZ.COM
285 HAMILTON AVE., 4TH FLOOR
PALO ALTO, CA 94301


IRS
PO BOX 7346
PHILADELPHIA, PA 19101


IVAN AND ISABELA CARDIM
15431 87TH PL. NE
KENMORE, WA 98028


JACKEY DU
10327 112TH COURT NE
KIRKLAND, WA 98033
```

JAMES KIM
6546 25TH AVE. NW
SEATTLE, WA 98117


JCM HOME IMPROVEMENT LLC
18723 60TH AVE. W.
LYNNWOOD, WA 98037


JEFFREY HELLINGER
HENNESSEY HELLINGER
2200 112TH AVE. NE, #200
BELLEVUE, WA 98004


JEREMY MCWILLIAMS
26723 N. 90TH LANE
PEORIA, AZ 85383


JIM GRUMMEL
22307 93RD PL. W.
EDMONDS, WA 98020


JINNY PARK ARCHITECTURE
6052 113TH PLACE SE
BELLEVUE, WA 98006


JM CONCRETE WORK, LLC
420 N. MCLEOD AVE. APT. 1
ARLINGTON, WA 98223


JOHN LIPPMAN
497 MCGILVRA BLVD. E.
SEATTLE, WA 98112


JOSEPH COPPOLA
11355 3RD AVE. NE
SEATTLE, WA 98125


JULIAN SELMAN
17320 NE 25TH WAY
REDMOND, WA 98052


JULIANNA ROSS
8705 25TH PL NE
SEATTLE, WA 98115

KA WAI CHENG
6541 163RD PLACE SE
BELLEVUE, WA 98006


KARINA JUAREZ ROMERO
718 N. 79TH STREET
SEATTLE, WA 98102


KAVITHA DHANAPAL
11892 161ST AVE. NE
REDMOND, WA 98052


KELLIE POWER
4712 NE 60TH ST.
SEATTLE, WA 98115


KELLY CARPENTER
2612 163RD PLACE SE
MILL CREEK, WA 98012


KERRY WAKE
12537 15TH AVE. NE
SEATTLE, WA 98125


KETAN HATHI
9957 228TH TERRACE NORTHEAST
REDMOND, WA 98053


KEY BANK
15110 NE 24TH ST.
REDMOND, WA 98052


KEY BANK
PO BOX 94932
CLEVELAND, OH 44101-4932


KING COUNTY DISTRICT COURT
516 3RD AVENUE
SEATTLE, WA 98104


KIRKLAND SPRINGS
ATTN: MERANDA MCCONWELL
10014 NE 127TH PLACE
KIRKLAND, WA 98034

LARA CONCRET LLC
1411 145TH PL SE APT. #308
BELLEVUE, WA 98007


LARRY AND SHANNON HUPPIN
7109 DAYTON AVE. N
SEATTLE, WA 98103


LAW OFFICE OF ROSS GARDNER
12918 MUKILTEO SPEEDWAY
SUITE C23, PMB #584
LYNNWOOD, WA 98087


LAW OFFICES OF
DOUGLAS P. LEVINSON INC. P.S.
600 STEWART STREET, #1115
SEATTLE, WA 98101


LINK-89
SEQUOIA OVERLAKE OWNER LLC
PO BOX 200700
DALLAS, TX 75320-0700


LINKEDIN CORPORATION
1000 WEST MAUDE AVE.
REDWOOD CITY, CA 94065


LL BUILDING STRUCTURES LLC
4525 164TH ST.
LYNNWOOD, WA 98087


MALLORY SELZO
11212 122ND LANE NE
KIRKLAND, WA 98033


MALSAM TSANG ENGINEERING CORP.
122 S. JACKSON ST., SUITE 210
SEATTLE, WA 98104


MARLYN HAWKINS
BARKER MARTIN
ONE CONVENTION PLACE
701 PIKE ST., #1150
SEATTLE, WA 98101

MARTIN REMODELING LLC
715 2ND AVE. S.
KENT, WA 98032


MATT THOMPSON
8851 SE 37TH ST.
MERCER ISLAND, WA 98040


MAX HOLMES
27127 NE 23RD ST.
REDMOND, WA 98053


MC VENTURE
C/O JEREMY MCWILLIAMS


MERCURY CM
GENERAL CONTRACTOR LLC
1214 SW 124TH ST. APT. B209
SEATTLE, WA 98146


MICHAEL FEINBERG
KARR TUTTLE CAMPBELL
701 5TH AVE. STE. 3300
SEATTLE, WA 98104-7055


MK BUTLER
13153 HOLMES POINT DR. NE
KIRKLAND, WA 98034


MT. BAKER HANDYMAN SERVICE
4926 EVERSON GOSHEN RD.
BELLINGHAM, WA 98226


N-M-M CONSTRUCTION
PO BOX 858
GOLD BAR, WA 98251


NATHAN TUCKER
15030 75TH AVE. NE
KENMORE, WA 98028


NATHANIAL ASH INC.
4407 152ND ST. SW
LYNNWOOD, WA 98087

```
NYES ENTERPRISES
2133 GIBSON ROAD
EVERETT, WA 98204


PACIFIC OFFICE AUTOMATION
PO BOX 41602
PHILADELPHIA, PA 19101-1602


PICASSO PAVING LLC
11420 NE 128TH ST. #51
KIRKLAND, WA 98034


PING YAN
11817 NE 45TH ST.
KIRKLAND, WA 98033


PNW DESIGN AND FAB
1532 S. 32ND AVE.
YAKIMA, WA 98902


PROFESSIONAL CREDIT SERVICE
PO BOX 7548
SPRINGFIELD, OR 97475


PROPVIVO - MEADOWVIEW
9041 161ST PL. NE
REDMOND, WA 98052


RAVEN PROPERTIES
11830 NE 195TH ST.
BOTHELL, WA 98011


REBECCA FRANKEL
1999 213TH CT. SE
SAMMAMISH, WA 98075


REIGN CITY ELECTRIC LLC
4747 SANDPOINT WAY NE #303
SEATTLE, WA 98105


RENEE PREGLER
18402 148TH AVE. NE
WOODINVILLE, WA 98072
```

ROADS PAVING WASHINGTON, LLC
PO BOX 7558
BONNEY LAKE, WA 98391


ROBERTA CONTI
1108 216TH AVE. NE
SAMMAMISH, WA 98074


ROGER MILLER
116 159TH AVE. SE
BELLEVUE, WA 98008


RS BROTHERS LANDSCAPING LLC
18004 73RD AVENUE E
PUYALLUP, WA 98375


SAM NGUYEN
12403 NE 150TH ST
WOODINVILLE, WA 98072


SAM NGUYEN AND ERIC LYNUM
8919 NE 119TH PL
KIRKLAND, WA 98034


SARAH CANESTARO
13568 41ST AVE NE
SEATTLE, WA 98125


SATYA AND KRISHMA REDDY
3118 264TH AVE NE
REDMOND, WA 98053


SCOTT ATKINSON
12002 89TH PLACE NE
KIRKLAND, WA 98034


SEAN ROH
13919 18TH PLACE W
LYNNWOOD, WA 98036


SEATTLE ECONOMIC DEV. FUND
1437 SOUTH JACKSON ST.
SEATTLE, WA 98144

SERKAN SAHIN
3249 NE 89TH ST.
SEATTLE, WA 98115


SHAHED AKBAR
2060 215TH PL. SE
SAMMAMISH, WA 98075


SITE ONE LANDSCAPE SUPPLY
13930 NE 190TH ST.
WOODINVILLE, WA 98072


STAN SHULL
12932 85TH AVE. NE
KIRKLAND, WA 98034


STATE OF WASHINGTON
DEPT. OF LABOR AND INDUSTRIES
PO BOX 44510
OLYMPIA, WA 98504-4510


STATE OF WASHINGTON
DEPARTMENT OF REVENUE
PO BOX 44171
OLYMPIA, WA 98504


STATE OF WASHINGTON
EMPLOYMENT SECURITY DEPARTMENT
PO BOX 9046
OLYMPIA, WA 98507


STATE OF WASHINGTON
OFFICE OF ATTORNEY GENERAL
CONSUMER PROTECTION DEPT.
800 5TH AVE.
SEATTLE, WA 98104


SUNBELT RENTAL WOODINVILLE
9265 WOODINVILLE SNOHOMISH RD.
RENTON, WA 98057


SUNRISE LANDSCAPING
5707 EAST DRIVE APT. 1
EVERETT, WA 98203

T-MOBILE
12920 SE 38TH ST.
BELLEVUE, WA 98006-1350


TANYA WILLIAMS/TREVOR JOHNSON
11700 SE 78TH PL
RENTON, WA 98056


TAO XU
13620 SE 1ST ST.
BELLEVUE, WA 98005


TECHNOLOGY ASSOCIATES
3129 TIGER RUN CT. STE. 206
CARLSBAD, CA 92010


TERRIA JEGLUM
18425 NE 95TH ST.
REDMOND, WA 98052


THE MANAGEMENT TRUST
CATHY RICHARDS / COLBY HILLSON
19820 NORTH CREEK PKWY #101
BOTHELL, WA 98011


THE MEADOWS
6526 156TH AVE. NE
REDMOND, WA 98052


THE SEALCOAT KING
3810 172ND ST. SW
LYNNWOOD, WA 98037


THE SHERWIN WILLIAMS CO.
2303 HARRISON AVE. NW
OLYMPIA, WA 98502


THOMAS CHEN
6525 26TH AVE. NE
SEATTLE, WA 98115


THUMBTACK
1355 MARKET ST.
SAN FRANCISCO, CA 94103

```
TIANYI CHEN
8007 NE 116TH PL
KIRKLAND, WA 98034


TIM AND MONICA LYON
17725 SE 257TH ST.
COVINGTON, WA 98042


TODD HOLMAN
1705 CANYON AVE. SE
NORTH BEND, WA 98045


TOMLINSON BOMSZTYK RUSS
1000 SECOND AVE. SUITE 3660
SEATTLE, WA 98104


TRANSBLUE CORPORATE
19916 OLD OWEN RD. #252
MONROE, WA 98272


TRANSBLUE FRANCHISE COMPANY
19916 OLD OWEN RD. #252
MONROE, WA 98272


TREEHOUSE CONSTRUCTION
300 S. BEDFORD STREET
MADISON, WI 53703


TRENDSET ONE PAVERS LLC
8260 149TH WAY NE APT. 151
REDMOND, WA 98052


TYLER AND KATY ASHER
604 12TH AVE.
KIRKLAND, WA 98033


U.S. SMALL BUSINESS ADMIN
OFFICE OF DISASTER ASSISTANCE
14925 KINGSPORT RD.
FORT WORTH, TX 76155


URVIN THAKKAR
11805 NE 45TH ST.
KIRKLAND, WA 98033
```

VERITY CREDIT UNION
PO BOX 75974
SEATTLE, WA 98125-0974


VERONICA POPESCU
PROPVIVO
2018 156TH AVE. NE
BELLEVUE, WA 98007


VICTOR MIGUEL
15854 42ND AVE. S.
SEATTLE, WA 98188


VISHAL SINGH
3810 172ND ST. SW
LYNNWOOD, WA 98037


W BUSINESS SOLUTIONS LLC
19916 OLD OWEN RD. #252
MONROE, WA 98272


WEDGWOOD ONE PROPERTY, LLC
PO BOX 252
NORTH LAKEWOOD, WA 98259


WILL AND SARAH CANASTARO
13568 41ST AVE NE
SEATTLE, WA 98125


WORLDVIEW GROUP LLC
14309 SUNNYSIDE AVE. N.
SEATTLE, WA 98133


YINGYING CHEN
4534 117TH DR. NE
KIRKLAND, WA 98033


YONG LEE
9210 190TH ST. SW
EDMONDS, WA 98020


YUCHEN CHEN
14826 78TH AVE. NE
KENMORE, WA 98028

```
ZTANGO LANDSCAPE SERVICES LLC
12009 NE 140TH ST.
KIRKLAND, WA 98034
```

# United States Bankruptcy Court
## Western District of Washington

In re   **Mainsail Construction, LLC**                Case No.
<br>                                       Debtor(s)       Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mainsail Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 6, 2023** | **/s/ Brett L. Wittner** |
| Date | **Brett L. Wittner** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Mainsail Construction, LLC** |
| | **Morton McGoldrick, PLLC** |
| | **820 A Street, Ste 600** |
| | **Tacoma, WA 98402** |
| | **253-627-8131 Fax:253-272-4338** |